UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY MIGLIACCIO | * | NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| BOLIVAR CLEANING SERVICE, LLC | * | MAGISTRATE: |
| | * | |
| | * | |

***********************************************************************

**COMPLAINT FOR DAMAGES**

The Complaint of **ANTHONY MIGLIACCIO**, a person of the full age of majority with respect represents:

**I.**

Defendant, **BOLIVAR CLEANING SERVICE, LLC** a Corporation authorized to do and doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Jurisdiction of this Court is invoked under Diversity, General Maritime Law and the savings to suitors clause.

**III.**

On or about November 1, 2017, **ANTHONY MIGLIACCIO** was employed by **DUPRE MARINE** as a Jones Act Seaman aboard the M/V MEGAN E DUPRE.

**IV.**

On or about November 1, 2017, **BOLIVAR CLEANING SERVICE, LLC** leased and operated the M/V CHRISTINA BELCHER.

**V.**

On or about November 1, 2017, the M/V CHRISTINA BELCHAER collided with the M/V MEGAN E. DUPRE. As a result of this collision, **ANTHONY MIGLIACCIO** experienced serious mental injuries, as well as physical, as a result of this accident.

**VI.**

On information and belief, plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **BOLIVAR CLEANING SERVICE, LLC** in the following, non-exclusive respects:

a) Failure to properly maintain the M/V CHRISTINA BELCHER;

b) Failure to properly train and supervise their employees;

c) Failure to take any means or precautions for the safety of navigating the M/V CHRISTINA BELCHER;

d) Creation and maintenance of an unseaworthy vessel;

e) Failure to provide minimum safety requirements;

f) Failure to provide adequate equipment for the job in question;

g) Failure to provide adequate personnel for the job in question;

h) Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

**VII.**

As a direct result of the negligence of the defendant and the unseaworthiness of the vessel, plaintiff **ANTHONY MIGLIACCIO** is entitled to recover from the defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

(1) Past, present and future physical, mental and emotional pain and suffering;

(2) Past, present and future loss of wages, fringe benefits and wage-earning capacity;

(3) Past and future disability;

(4) Past, present and future medical expenses; and

(5) All other special and general damages as will be shown at the trial of this matter.

**VIII.**

As a result of the aforementioned accident, plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**IX.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** plaintiff prays that **BOLIVAR CLEANING SERVICE, LLC** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of the plaintiff, **ANTHONY MIGLIACCIO** and against the defendant, **BOLIVAR CLEANING SERVICE, LLC** for all damages to which the plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

Respectfully Submitted,

*S/Timothy J. Young*

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
TJY@theyoungfirm.com
TDH@theyoungfirm.com
MCM@theyoungfirm.com
JBM@theyoungfirm.com