UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY MIGLIACCIO | CIVIL ACTION |
| VERSUS | NO. 18-8184 |
| BOLIVAR CLEANING SERVICE, LLC | SECTION: "H" |

## JURY VERDICT FORM

**(1) Do you find by a preponderance of the evidence that Bolivar Barge was negligent and that the negligence was a proximate cause of the collision between the M/V Christina Belcher and M/V Megan Dupre?**

We, the jury, unanimously find:

____________ YES     ✓____________ NO

If the answer to Question (1) is "YES," please proceed to Question (2). If "NO," please sign and date this form and return it to the Marshal.

**(2) Do you find by a preponderance of the evidence that Anthony Migliaccio was located in the zone of danger at the time of the collision?**

We, the jury, unanimously find:

______________ YES ______________ NO

If the answer to Question (2) is "YES," please proceed to Question (3). If "NO," please sign and date this form and return it to the Marshal.

**(3) Do you find by a preponderance of the evidence that the incident caused the damage to Anthony Migliaccio?**

We, the jury, unanimously find:

______________ YES ______________ NO

If the answer to Question (3) is "YES," please proceed to Question (4). If "NO," please sign and date this form and return it to the Marshal.

**(4) Do you find by a preponderance of the evidence that Anthony Migliaccio was negligent and such negligence was a contributing cause of the accident?**

We, the jury, unanimously find:

______________ YES ______________ NO

If the answer to Question (4) is "YES," please proceed to Question (5). If "NO," please proceed to Question (6).

**(5) Please allocate the percentage of fault you find each party had in causing the accident (total must equal 100%).**

We, the jury, unanimously find:

________% Bolivar Barge

________% Anthony Migliaccio

Please proceed to Question (6).

**(6) What sum of money will fairly and adequately compensate Anthony Migliaccio for damages sustained as a result of the accident?**

We, the jury, unanimously find:

Past Lost Wages . . . . . . . . . . . . . . . . . . . . . . . . $________________

Future Lost Wages . . . . . . . . . . . . . . . . . . . . . . $________________

Past, Present, and Future Mental Anguish . . . $________________

Please sign and date the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this 23 day of October, 2019.

[redacted]