UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY MIGLIACCIO | CIVIL ACTION |
| VERSUS | NO. 18-8184 |
| BOLIVAR CLEANING SERVICE, LLC | SECTION: “H”(2) |

JUDGMENT

Considering the verdict of the jury rendered on October 23, 2019;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of defendant Bolivar Barge Cleaning Services, LLC and against plaintiff Anthony Migliaccio.

New Orleans, Louisiana, this 24th day of October, 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE